```
                                                    FILED         RECEIVED
                                                    ENTERED       SERVED ON
                                                         COUNSEL/PARTIES OF RECORD

                                                         FEB -8 2012

                                                    CLERK US DISTRICT COURT
                                                    DISTRICT OF NEVADA
                                                BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RON MONTEZ SANCHEZ, )<br>)<br>Defendant. ) | 2:10-CR-478-JCM (VCF) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on February 8, 2012, defendant RON MONTEZ SANCHEZ pled guilty to Count Four of a Five-Count Criminal Indictment charging him in Count Four with Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2). Docket #1.

This Court finds defendant RON MONTEZ SANCHEZ agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment, the Bill of Particulars and in the Plea Memorandum. #1, #13.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegation of the Criminal Indictment and the Bill of Particulars and agreed to in the Plea Memorandum and the offense to which defendant RON MONTEZ SANCHEZ pled guilty. #1, #13.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3):

. . .

1         a)         Dell Dimension E521 Tower, serial number 4YF38C1;

2         b)         Dell Laptop, Model PP31L, serial number DWYT5H1; and

3         c)         any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received; computer images, including movie and still image files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of RON MONTEZ SANCHEZ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

1  Michael A. Humphreys
   Assistant United States Attorney
2  Daniel D. Hollingsworth
   Assistant United States Attorney
3  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada 89101.

5       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

6  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

7  following publication of notice of seizure and intent to administratively forfeit the above-described

8  property.

9       DATED this 8th day of Feb., 2012.

                                        _____
                                        UNITED STATES DISTRICT JUDGE