UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RON MONTEZ SANCHEZ,<br><br>Defendant. | 2:10-CR-478-JCM-VCF<br><br>**ORDER TO EXTEND AUGUST 17, 2012 SELF SURRENDER DATE TO SEPTEMBER 7, 2012** |

It is hereby ORDERED that the self surrender date currently scheduled for August 17, 2012 before 12:00 noon, be extended to September 7, 2012, before 12:00 noon.

DATED August 8, 2012.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE